**Order entered July 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00134-CV

**KEITH HAMAKER, Appellant**

**V.**

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-04587-2016**

## ORDER

Before the Court is appellee's July 5, 2018 opposed motion for an extension of time to

file a brief. We **GRANT** the motion and extend the time to **August 13, 2018**.


/s/     ADA BROWN
         JUSTICE